IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Beristain, Benjamin

Printed: 12/13/07

Case Number: 05 B 18654
Judge: Wedoff, Eugene R

Filed: 5/10/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 6, 2007
Confirmed: June 23, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 86,644.60 |  |
| Secured: |  | 82,382.57 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 4,261.97 |
| Other Funds: |  | 0.06 |
| Totals: | 86,644.60 | 86,644.60 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 51,022.17 | 48,082.79 |
| 3. | American General Finance | Secured | 1,064.43 | 846.41 |
| 4. | Wells Fargo Financial | Secured | 4,257.29 | 3,385.53 |
| 5. | Countrywide Home Loans Inc. | Secured | 28,754.60 | 23,240.46 |
| 6. | American General Finance | Secured | 1,064.43 | 846.41 |
| 7. | Internal Revenue Service | Secured | 16,422.88 | 5,980.97 |
| 8. | Internal Revenue Service | Priority | 15,049.68 | 0.00 |
| 9. | American General Finance | Unsecured | 1,852.73 | 0.00 |
| 10. | Wells Fargo Financial | Unsecured | 2,083.00 | 0.00 |
| 11. | DaimlerChrysler Servs North America | Unsecured | 8,615.69 | 0.00 |
| 12. | Cub Foods | Unsecured | 213.41 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 11,488.07 | 0.00 |
| 14. | T Mobile | Unsecured | 854.24 | 0.00 |
| 15. | Premier Bankcard | Unsecured | 454.19 | 0.00 |
| 16. | American General Finance | Unsecured | 1,236.73 | 0.00 |
| 17. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
| 19. | Harris Trust & Savings Bank | Unsecured |  | No Claim Filed |
| 20. | Comcast | Unsecured |  | No Claim Filed |
| 21. | JK Harris & Co | Unsecured |  | No Claim Filed |
| 22. | Holy Cross Hospital | Unsecured |  | No Claim Filed |
| 23. | MCI Residential | Unsecured |  | No Claim Filed |
| 24. | Merrick Bank | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Beristain, Benjamin | Case Number:  05 B 18654 |
| | Judge:  Wedoff, Eugene R |
| Printed:  12/13/07 | Filed:  5/10/05 |

```
                                            _____        _____
                                            $ 144,433.54      $ 82,382.57
```

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 372.96 |
| 5.5% | 1,807.06 |
| 5% | 621.01 |
| 4.8% | 813.25 |
| 5.4% | 647.69 |
| | _____ |
| | $ 4,261.97 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

